| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Robertson, Anschutz & Schneid, P.L.**<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487<br>Telephone Number: 561-241-6901<br>Attorneys For Secured Creditor<br><br>MIRIAM J. ROSENBLATT (MR 7505) | Order Filed on November 18, 2016 by Clerk, U.S. Bankruptcy Court - District of New Jersey<br><br>Case No.: 13 -30734<br><br>Chapter 13<br><br>Judge: Stacey L. Meisel |
| **In Re:**<br><br>Steven S Freeman,<br><br>   Debtor,<br><br>Tora T. Daniels-Freeman,<br><br>   Joint Debtor. | |

### ORDER DIRECTING REDACTION OF PERSONAL INFORMATION

The relief set forth on the following page, number (2), is hereby **ORDERED.**

**DATED: November 18, 2016**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge




13 -30734
DANIELS-FREE
Order on Application for Redaction

**Page 2**

Debtors: Steven S Freeman AND Tora T. Daniels-Freeman
Case No.: 13 -30734
Caption of Order: **Order Directing Redaction of Personal Information**

___

The court having reviewed the Application Requesting Redaction of Personal Information filed in this case by GREEN TREE SERVICING, LLC AS SERVICER FOR DLJ MORTGAGE CAPITAL INC., and regarding the following documents:

a.   Proof of Claim, filed on September 27, 2013, as claim 3-1 on the Claims Register.

ORDERED that the above document(s) be immediately restricted from view on the Court's public docket, and it is hereby

ORDERED that pursuant to D.N.J. LBR 9037-1(a)(2), the entity that filed the original document must file a redacted version of the document within 7 days of the date of this order.

ORDERED that the applicant must serve this order on all affected parties not later than one day after its entry.