| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>GOLDMAN & BESLOW, LLC<br>Attorneys At Law<br>7 Glenwood Avenue - Suite 311B<br>East Orange, New Jersey 07017<br>(973) 677-9000<br>Attorneys for Debtor(s)<br><br>Clifford B. Frish, Esq. #CF-2541 | **Order Filed on October 20,**<br>**2017 by Clerk, U.S. Bankruptcy**<br>**Court - District of New Jersey** |
| In Re:<br><br>**STEVEN S. FREEMAN and**<br>**TORA T. DANIELS-FREEMAN,**<br><br>              **Debtors.** | Case No. 13-30734<br><br>Chapter: 13<br><br>Hearing Date: October 11, 2017<br>              at 10:30 a.m.<br><br>Judge: Hon. Stacey L. Meisel |

**ORDER FOR CANCELLATION OR DISCHARGE OF MORTGAGE**
**UPON COMPLETION OF CHAPTER 13 PLAN**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: October 20, 2017**

_____
Honorable Stacey L. Meisel
United States Bankruptcy Judge

| | |
|---|---|
| **Page:** | 2 |
| **Debtor(s):** | Steven S. Freeman and Tora T. Daniels-Freeman |
| **Case No.:** | 13-30734 - Chapter 13 |
| **Caption:** | **Order for Cancellation or Discharge of Mortgage Upon Completion of Chapter 13 Plan** |

**THIS MATTER** being opened to the Court by Goldman & Beslow, LLC, attorneys for the debtors, Clifford B. Frish, Esq., appearing, and this Court having considered the argument of counsel and good cause appearing, and there being no opposition; it is hereby

**ORDERED**, that upon completion of the Chapter 13 plan, the mortgage given by the debtors, Steven S. Freeman and Tora T. Daniels-Freeman, to Lenders Direct Capital Corporation, dated August 30, 2005, and recorded in the Office of the Clerk or Register of Essex County on October 11, 2005, at Book 10790, Page 14, shall be deemed to have been paid in full and the debtor shall be entitled to record a copy of this Order which shall act as a discharge and/or cancellation of the said mortgage. The Office of the Clerk or Register of Essex County is hereby authorized to discharge and/or cancel the mortgage of record.