**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

GOLDMAN & BESLOW, LLC
Attorneys At Law
7 Glenwood Avenue - Suite 311B
East Orange, New Jersey 07017
(973) 677-9000
Attorneys for Debtor(s)

Clifford B. Frish, Esq. #CF-2541

Order Filed on October 20,
2017 by Clerk, U.S. Bankruptcy
Court - District of New Jersey

In Re:

**STEVEN S. FREEMAN and
TORA T. DANIELS-FREEMAN,**

         **Debtors.**

Case No. 13-30734

Chapter: 13

Hearing Date: October 11, 2017
         at 10:30 a.m.

Judge:   Hon. Stacey L. Meisel

**ORDER FOR CANCELLATION OR DISCHARGE OF MORTGAGE
UPON COMPLETION OF CHAPTER 13 PLAN**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: October 20, 2017**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page:      2
Debtor(s): **Steven S. Freeman and Tora T. Daniels-Freeman**
Case No.:  **13-30734 - Chapter 13**
Caption:   **Order for Cancellation or Discharge of Mortgage Upon Completion of Chapter 13 Plan**

---

**THIS MATTER** being opened to the Court by Goldman & Beslow, LLC, attorneys for the debtors, Clifford B. Frish, Esq., appearing, and this Court having considered the argument of counsel and good cause appearing, and there being no opposition; it is hereby

**ORDERED**, that upon completion of the Chapter 13 plan, the mortgage given by the debtors, Steven S. Freeman and Tora T. Daniels-Freeman, to Lenders Direct Capital Corporation, dated August 30, 2005, and recorded in the Office of the Clerk or Register of Essex County on October 11, 2005, at Book 10790, Page 14, shall be deemed to have been paid in full and the debtor shall be entitled to record a copy of this Order which shall act as a discharge and/or cancellation of the said mortgage.  The Office of the Clerk or Register of Essex County is hereby authorized to discharge and/or cancel the mortgage of record.

United States Bankruptcy Court
District of New Jersey

```
In re:                                                          Case No. 13-30734-SLM
Steven S Freeman                                                Chapter 13
Tora T. Daniels-Freeman
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin              Page 1 of 1             Date Rcvd: Oct 20, 2017
                              Form ID: pdf903          Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 22, 2017.
```
db/jdb         +Steven S Freeman,   Tora T. Daniels-Freeman,    232 First Street, Apt. #2,
                 Newark, NJ 07107-2203
aty            +Lorre Sylvan Smith,   111 Northfield Avenue, Suite 208,   West Orange, NJ 07052-4703
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 20, 2017 at the address(es) listed below:
```
              Andrew M. Lubin    on behalf of Creditor    U.S. Bank National Association, as trustee, on behalf
               of the holders of the Home Equity Asset Trust 2005-8, Home Equity Pass-Through Certificates,
               Series 2005-8 bkecf@milsteadlaw.com, alubin@milsteadlaw.com
              Clifford B. Frish    on behalf of Debtor Steven S Freeman yrodriguez@goldmanlaw.org,
               cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.
               bestcase.com
              Clifford B. Frish    on behalf of Joint Debtor Tora T. Daniels-Freeman yrodriguez@goldmanlaw.org,
               cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.
               bestcase.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as trustee, on behalf
               of the holders of the Home Equity Asset Trust 2005-8, Home EquityPass-Through Certificates,
               Series 2005-8 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              James A. Rybka    on behalf of Creditor    City of Newark rybkaj@ci.newark.nj.us
              John R. Morton, Jr.    on behalf of Creditor    Nissan Motor Acceptance Corporation
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Mark  Goldman    on behalf of Debtor Steven S Freeman yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Mark  Goldman    on behalf of Joint Debtor Tora T. Daniels-Freeman yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Miriam  Rosenblatt    on behalf of Creditor    Green Tree Servicing LLC bkyecf@rasflaw.com,
               mrosenblatt@rasflaw.com
                                                                                              TOTAL: 10
```