| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>GOLDMAN & BESLOW, LLC<br>7 Glenwood Avenue, Ste. 311B<br>East Orange, NJ 07017<br>(973) 677-9000<br><br>Mark Goldman, Esq. # MG8019<br>Attorney for Debtor(s) | Order Filed on November 2,<br>2017 by Clerk, U.S. Bankruptcy<br>Court - District of New Jersey |
| In Re:<br><br>STEVEN S. FREEMAN and<br>TORA T. DANIEL-FREEMAN | Case No.: 13-30734<br>Chapter: 13<br>Judge: SLM |

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

DATED: November 2, 2017

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Goldman & Beslow, LLC _____, the applicant, is allowed a fee of $ ____1240.49____ for services rendered and expenses in the amount of $_____ for a total of $ ____1240.49____ . The allowance is payable:

    ☒ through the Chapter 13 plan as an administrative priority.

    ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*