Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  13−30734−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Steven S Freeman                         Tora T. Daniels−Freeman
232 First Street, Apt. #2                 232 First Street, Apt. #2
Newark, NJ 07107                          Newark, NJ 07107

Social Security No.:
    xxx−xx−1421
                                          xxx−xx−4478

Employer's Tax I.D. No.:

---

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on March 31, 2014.

On 11/8/17 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Stacey L. Meisel on:

Date:                    December 13, 2017
Time:                      09:00 AM
Location:                Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A,
Newark, NJ 07102

Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
      a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
      of a secure claim, such holders acceptance or rejection of the Plan before modification will
      be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
      holders acceptance or rejection of the Plan within the time fixed.

3.    **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
      the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: November 9, 2017
JAN: lc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 13-30734-SLM
Steven S Freeman                                                       Chapter 13
Tora T. Daniels-Freeman
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 3                    Date Rcvd: Nov 09, 2017
                             Form ID: 185          Total Noticed: 49


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 11, 2017.
db/jdb        +Steven S Freeman,    Tora T. Daniels-Freeman,    232 First Street, Apt. #2,
               Newark, NJ 07107-2203
aty           +Lorre Sylvan Smith,    111 Northfield Avenue, Suite 208,    West Orange, NJ 07052-4703
cr            +City of Newark,    Department of Law,    920 Broad Street,    Room 316,   Newark, NJ 07102-2609
cr            +Green Tree Servicing LLC,    Robertson, Anschutz, & Schneid, P.L.,
               6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
514491161     +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,   2230 E Imperial Hwy,
               El Segundo, CA 90245-3504
514229698     +Amerifinancial Solutio,    Po Box 602570,    Charlotte, NC 28260-2570
514229700     +Black Expressions,    c/o RJM Acquisions, LLC,    575 Underhill Blvd., Ste. 2,
               Syosset, NY 11791-3426
514327309      Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
514903201      City of Newark - Water Department,    c/o Department of Law - Room 316,
               920 Broad Street, Newark, NJ 07102
514229701     +City of Newark Tax Collector,    920 Broad Street,    Room 104,   Newark, NJ 07102-2696
514229704     +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
514229705     +Eastern Account System INC.,    Attn: Bankruptcy Dept.,    Po Box 837,   Newtown, CT 06470-0837
514229706     +Eastern Account System INC.,    75 Glen Rd Ste 110,    Sandy Hook, CT 06482-1175
514229710     +GT Assets Receivables Management,    7360 South Kyrene Road,    Tempe, AZ 85283-8432
514229709     +GreenTree,    Synergetic Communications, Inc.,    2700 East Seltice Way # 4,
               Post Falls, ID 83854-6387
514229708     +GreenTree,    P.O. Box 8517,    Portland, OR 97207-8517
514229711     +HSBC Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
514229712     +Med Busi Bur,    1460 Renaissance D,    Park Ridge, IL 60068-1349
514229716     +Nissan Motor Acceptanc,    Po Box 660360,    Dallas, TX 75266-0360
514237890      Nissan Motor Acceptance Corporation,    PO Box 660366 Dallas TX 75266-0366
514229717     +Remex Inc,    307 Wall St,    Princeton, NJ 08540-1515
514229719     +Rjm Acq Llc,    575 Underhill Blvd,    Syosset, NY 11791-3426
514229718     +Rjm Acq Llc,    575 Underhill Blvd.,    Suite 224,   Syosset, NY 11791-3416
514236369     +Santander Consumer USA,    P.O. BOX 560284,    Dallas, TX 75356-0284
514378930     +Santander Consumer USA,    P.O. Box 961245,    Fort Worth, TX 76161-0244
514508233     +U.S. Bank National Association, as trustee,    c/o Zucker, Goldberg & Ackerman, LLC,
               200 Sheffield Street, Suite 101,    Mountainside, NJ 07092-2315
514229724     +Verizon Wireless,    2000 Corporate Dr,    Orangeburg, NY 10962-2624
514229723     +Verizon Wireless,    Attention: Verizon Wireless Department,    Po Box 3397,
               Bloomington, IL 61702-3397
514229726      Wilshire Credit Corp/Bank of America,    400 Countrywide Way,    Simi Valley, CA 93065
514229725     +Wilshire Credit Corp/Bank of America,    Bank of America N.A.,    450 American St,
               Simi Valley, CA 93065-6285
514229727     +Wilshire Credit/Bank of America,    Bank of America, N.A.,    450 American Street,
               Simi Valley, CA 93065-6285
514229728     +Wilshire Mortgage/Select Portfolio,    P.O. Box 65250,    Salt Lake City, UT 84165-0250

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 09 2017 21:47:43    U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 09 2017 21:47:42    United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
514420422      E-mail/Text: EBNProcessing@afni.com Nov 09 2017 21:47:45    Afni, Inc,    PO Box 3667,
               Bloomington, IL 61702-3667
514229692      E-mail/Text: EBNProcessing@afni.com Nov 09 2017 21:47:45    Afni, Inc.,    Attn: Bankruptcy,
               Po Box 3097,    Bloomington, IL 61702-3097
514229695      E-mail/Text: EBNProcessing@afni.com Nov 09 2017 21:47:45    Afni, Inc.,    Po Box 3427,
               Bloomington, IL 61702-3427
514299987      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 09 2017 21:55:27
               American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
               Oklahoma City, OK  73124-8848
514368489      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 09 2017 21:55:16
               American InfoSource LP as agent for,    Verizon,    PO Box 248838,
               Oklahoma City, OK  73124-8838
514242717      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 09 2017 21:55:16
               American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
               Oklahoma City, OK  73126-8941
514229703     +E-mail/PDF: creditonebknotifications@resurgent.com Nov 09 2017 21:49:30    Credit One Bank,
               Po Box 98872,    Las Vegas, NV 89193-8872
514229702     +E-mail/PDF: creditonebknotifications@resurgent.com Nov 09 2017 21:49:29    Credit One Bank,
               Po Box 98873,    Las Vegas, NV 89193-8873
514229707     +E-mail/Text: bankruptcy.bnc@ditech.com Nov 09 2017 21:47:39    Green Tree,    Po Box 6172,
               Rapid City, SD 57709-6172
514241836     +E-mail/PDF: gecsedi@recoverycorp.com Nov 09 2017 21:42:36    Green Tree Servicing,LLC.,
               7340 S. Kyrene Road,    Recovery Dept. T-120,    Tempe, AZ 85283-4573

```
District/off: 0312-2          User: admin              Page 2 of 3          Date Rcvd: Nov 09, 2017
                             Form ID: 185              Total Noticed: 49
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
514229713       +E-mail/Text: bankruptcydpt@mcmcg.com Nov 09 2017 21:47:42      Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
514229715       +E-mail/Text: egssupportservices@alorica.com Nov 09 2017 21:47:46       NCO Financial Systems,
                 507 Prudential Rd,   Horsham, PA 19044-2308
514229714       +E-mail/Text: egssupportservices@alorica.com Nov 09 2017 21:47:46       NCO Financial Systems,
                 Attention: Bankruptcy,   507 Prudential Rd,   Horsham, PA 19044-2308
514229720       +E-mail/Text: bankruptcy@savit.com Nov 09 2017 21:47:58       Sa-vit Enterprises,   46 W Ferris St,
                 East Brunswick, NJ 08816-2159
514229722       +E-mail/Text: EBNProcessing@afni.com Nov 09 2017 21:47:45       Verizon,   c/o AFNI, Inc.,
                 P.O. Box 3427,   Bloomington, IL 61702-3427
                                                                                       TOTAL: 17


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +Nissan Motor Acceptance Corporation,   PO Box 660366,   Dallas, TX 75266-0366
514229690*      +Afm Financial Services,   1150 Raritan Rd Ste 103,    Cranford, NJ 07016-3369
514229691*      +Afm Financial Services,   1150 Raritan Rd Ste 103,    Cranford, NJ 07016-3369
514229693*      +Afni, Inc.,   Attn: Bankruptcy,   Po Box 3097,   Bloomington, IL 61702-3097
514229694*      +Afni, Inc.,   Attn: Bankruptcy,   Po Box 3097,   Bloomington, IL 61702-3097
514229696*      +Afni, Inc.,   Po Box 3427,   Bloomington, IL 61702-3427
514229697*      +Afni, Inc.,   Po Box 3427,   Bloomington, IL 61702-3427
514229699*      +Amerifinancial Solutio,   Po Box 602570,   Charlotte, NC 28260-2570
514288315*      +GT Assets Receivables Management,   7360 South Kyrene Road,   Tempe, AZ 85283-8432
514229721*      +Sa-vit Enterprises,   46 W Ferris St,   East Brunswick, NJ 08816-2159
514229729*      +Wilshire Mortgage/Select Portfolio,   P.O. Box 65250,   Salt Lake City, UT 84165-0250
514229689      ##+Afm Financial Services,   1150 Raritan Rd Ste 103,   Cranford, NJ 07016-3369
514508653      ##+SELECT PORTFOLIO SERVICING, INC.,   3815 South West Temple,   Salt Lake City, UT 84115-4412
                                                                      TOTALS: 0, * 11, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2017                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 9, 2017 at the address(es) listed below:
```
              Andrew M. Lubin   on behalf of Creditor   U.S. Bank National Association, as trustee, on behalf
               of the holders of the Home Equity Asset Trust 2005-8, Home Equity Pass-Through Certificates,
               Series 2005-8 bkecf@milsteadlaw.com,  alubin@milsteadlaw.com
              Clifford B. Frish   on behalf of Debtor Steven S Freeman yrodriguez@goldmanlaw.org,
               cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.
               bestcase.com
              Clifford B. Frish   on behalf of Joint Debtor Tora T. Daniels-Freeman yrodriguez@goldmanlaw.org,
               cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.
               bestcase.com
              David G. Beslow   on behalf of Joint Debtor Tora T. Daniels-Freeman yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              David G. Beslow   on behalf of Debtor Steven S Freeman yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Denise E. Carlon   on behalf of Creditor   U.S. Bank National Association, as trustee, on behalf
               of the holders of the Home Equity Asset Trust 2005-8, Home EquityPass-Through Certificates,
               Series 2005-8 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              James A. Rybka   on behalf of Creditor   City of Newark rybkaj@ci.newark.nj.us
              John R. Morton, Jr.   on behalf of Creditor   Nissan Motor Acceptance Corporation
               ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
              Marie-Ann Greenberg   magecf@magtrustee.com
              Mark Goldman   on behalf of Joint Debtor Tora T. Daniels-Freeman yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
```

District/off: 0312-2          User: admin              Page 3 of 3              Date Rcvd: Nov 09, 2017
                             Form ID: 185              Total Noticed: 49

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Mark  Goldman    on behalf of Debtor Steven S Freeman yrodriguez@goldmanlaw.org,
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
          Miriam  Rosenblatt    on behalf of Creditor   Green Tree Servicing LLC bkyecf@rasflaw.com,
           mrosenblatt@rasflaw.com
          Rebecca Ann Solarz   on behalf of Creditor   U.S. Bank National Association, as trustee, on
           behalf of the holders of the Home Equity Asset Trust 2005-8, Home Equity Pass-Through
           Certificates, Series 2005-8 rsolarz@kmllawgroup.com
                                                                           TOTAL: 13