Last revised: August 1, 2017

# UNITED STATES BANKRUPTCY COURT
## New Jersey

IN RE: **Steven S Freeman**
**Tora T. Daniels-Freeman**

Debtor(s)

Case No.: **13-30734**
Judge:

## CHAPTER 13 PLAN AND MOTIONS

☐ Original                ☑ Modified/Notice Required           Date: 09/18/2017
☐ Motions Included        ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS WILL BE AFFECTED.**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

THIS PLAN:

☐ DOES ☑ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☑ DOES ☐ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☑ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney **MG**     Initial Debtor: **SSF**     Initial Co-Debtor **TTD**

### Part 1: Payment and Length of Plan

a. The debtors have paid to date $56,179 and shall pay **$930.00 Monthly** to the Chapter 13 Trustee, starting on **October 1, 2017** for approximately **1** months.

b. The debtor shall make plan payments to the Trustee from the following sources:

1

|   |   |   |
|---|---|---|
|   | ☑ | Future Earnings |
|   | ☐ | Other sources of funding (describe source, amount and date when funds are available): |

c. Use of real property to satisfy plan obligations:
    ☐ Sale of real property
    Description:
    Proposed date for completion: _____

    ☐ Refinance of real property:
    Description:
    Proposed date for completion: _____

    ☐ Loan modification with respect to mortgage encumbering property:
    Description:
    Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

### Part 2: Adequate Protection     **X NONE**

a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ____ (creditor).

### Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **Trustee** | **Administrative fees** | **Est. $800.00** |
| **Goldman & Beslow, LLC.** | **Attorney fees** | **Est. $4464.35** |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
   Check one:
   ☑ None
   ☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|

**Part 4: Secured Claims**

a. **Curing Default and Maintaining Payments on Principal Residence:** ☑ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Select Portfolio | 232 First Street, Newark, NJ | $40,362.90 | 0 | $40,362.90 | $1,210.56 |

b. **Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☑ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| N/A | | | | | |

c. **Secured claims excluded from 11 U.S.C. 506:** ☑ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
| | | | | |

d. **Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☐ NONE

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| GreenTree Servicing LLC | 2nd mortgage 232-234 First Street, Newark, NJ | $111,754.00 | $270,000.00 | $541,999.00 | -0- | n/a | pro-rata |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☑ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**f. Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

| Creditor |
|---|
| Nissan Motor Acceptance |

**g. Secured Claims to be Paid in Full Through the Plan** ☐ **NONE**

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
|  |  | 0.00 |
|  |  | 0.00 |
|  |  | 0.00 |

## Part 5: Unsecured Claims    ☒ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐    Not less than $____ to be distributed *pro rata*

☐    Not less than ___ percent

☑    *Pro Rata* distribution from any remaining funds

b. **Separately Classified Unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

## Part 6: Executory Contracts and Unexpired Leases    ☒ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

## Part 7: Motions    ☐ NONE

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form,** *Notice of Chapter 13 Plan Transmittal,* **within the time and in the manner set forth in D.N.J. LBR 3015-1.** *A Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* **must be filed with the Clerk of Court when the plan and transmittal notice are served.**

4

a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).** ☑ **NONE**
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☐ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|---|
| **GreenTree Servicing LLC** | 2nd mortgage 232-234 First Street, Newark, NJ | $111,754.00 | $270,000.00 | $541,999.00 | -0- | n/a | pro-rata |

c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☐ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

### Part 8: Other Plan Provisions

a. **Vesting of Property of the Estate**
  ☑ Upon Confirmation
  ☐ Upon Discharge

b. **Payment Notices**
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

c. **Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:
   1) Ch. 13 Standing Trustee Commissions

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

2) **Other Administrative Claims**
3) **Secured Claims**
4) **Lease Arrearages**
5) **Priority Claims**
6) **General Unsecured Claims**

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☑ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

### Part 9: Modification    X NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.
Date of Plan being modified: ____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| Mortgage arrears have been paid | shorten length of plan from 60 to 49 months |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☑ No

### Part 10: Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures
☑ NONE
☐ Explain here:
Any non-standard provisions placed elsewhere in this plan are void.

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Certification.

I certify under penalty of perjury that the plan contains no non-standard provisions other than those set forth in this final paragraph.

Date    09/18/17           /s /Mark Goldman
                            **Mark Goldman, Esq. 8019**
                            Attorney for the Debtor
Date:   09/18/17           /s/ Steven S. Freeman
                            **Steven S Freeman**
                            Debtor

Date:   09/18/17           /s/ Tora T. Daniels-Freeman
                            **Tora T. Daniels-Freeman**
                            Joint Debtor

### Signatures

The Debtor(s) and the attorney for the Debtor(s) if any, must sign this Plan.

Date    09/18/17           /s/ Mark Goldman
                            **Mark Goldman, Esq. 8019**
                            Attorney for the Debtor

I certify under penalty of perjury that the above is true.

Date:   09/18/17           /s/ Steven S. Freeman

6

|  | **Steven S Freeman** |
|---|---|
|  | Debtor |
| Date: 09/18/17 | /s/ Tora T. Daniels-Freeman |
|  | **Tora T. Daniels-Freeman** |
|  | Joint Debtor |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

```
                          United States Bankruptcy Court
                              District of New Jersey
In re:                                                          Case No. 13-30734-SLM
Steven S Freeman                                                Chapter 13
Tora T. Daniels-Freeman
       Debtors                        CERTIFICATE OF NOTICE
District/off: 0312-2         User: admin                  Page 1 of 3                  Date Rcvd: Nov 09, 2017
                             Form ID: pdf901              Total Noticed: 49


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 11, 2017.
db/jdb         +Steven S Freeman,    Tora T. Daniels-Freeman,    232 First Street, Apt. #2,
                 Newark, NJ 07107-2203
aty            +Lorre Sylvan Smith,     111 Northfield Avenue, Suite 208,    West Orange, NJ 07052-4703
cr             +City of Newark,    Department of Law,    920 Broad Street,    Room 316,    Newark, NJ 07102-2609
cr             +Green Tree Servicing LLC,     Robertson, Anschutz, & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
514491161      +American InfoSource LP as agent for,     DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
                 El Segundo, CA 90245-3504
514229698      +Amerifinancial Solutio,    Po Box 602570,    Charlotte, NC 28260-2570
514229700      +Black Expressions,    c/o RJM Acquisions, LLC,    575 Underhill Blvd., Ste. 2,
                 Syosset, NY 11791-3426
514327309       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
514903201       City of Newark - Water Department,    c/o Department of Law - Room 316,
                 920 Broad Street, Newark, NJ 07102
514229701      +City of Newark Tax Collector,    920 Broad Street,    Room 104,    Newark, NJ 07102-2696
514229704      +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
514229705      +Eastern Account System INC.,    Attn: Bankruptcy Dept.,    Po Box 837,    Newtown, CT 06470-0837
514229706      +Eastern Account System INC.,    75 Glen Rd Ste 110,    Sandy Hook, CT 06482-1175
514229710      +GT Assets Receivables Management,    7360 South Kyrene Road,    Tempe, AZ 85283-8432
514229709      +GreenTree,    Synergetic Communications, Inc.,    2700 East Seltice Way # 4,
                 Post Falls, ID 83854-6387
514229708      +GreenTree,   P.O. Box 8517,    Portland, OR 97207-8517
514229711      +HSBC Bank,   P.O. Box 5253,    Carol Stream, IL 60197-5253
514229712      +Med Busi Bur,    1460 Renaissance D,    Park Ridge, IL 60068-1349
514229716      +Nissan Motor Acceptanc,    Po Box 660360,    Dallas, TX 75266-0360
514237890       Nissan Motor Acceptance Corporation,    PO Box 660366 Dallas TX 75266-0366
514229717      +Remex Inc,    307 Wall St,    Princeton, NJ 08540-1515
514229719      +Rjm Acq Llc,    575 Underhill Blvd,    Syosset, NY 11791-3426
514229718      +Rjm Acq Llc,    575 Underhill Blvd.,    Suite 224,    Syosset, NY 11791-3416
514236369      +Santander Consumer USA,    P.O. BOX 560284,    Dallas, TX 75356-0284
514378930      +Santander Consumer USA,    P.O. Box 961245,    Fort Worth, TX 76161-0244
514508233      +U.S. Bank National Association, as trustee,    c/o Zucker, Goldberg & Ackerman, LLC,
                 200 Sheffield Street, Suite 101,    Mountainside, NJ 07092-2315
514229724      +Verizon Wireless,    2000 Corporate Dr,    Orangeburg, NY 10962-2624
514229723      +Verizon Wireless,    Attention: Verizon Wireless Department,    Po Box 3397,
                 Bloomington, IL 61702-3397
514229726       Wilshire Credit Corp/Bank of America,    400 Countrywide Way,    Simi Valley, CA 93065
514229725      +Wilshire Credit Corp/Bank of America,    Bank of America N.A.,    450 American St,
                 Simi Valley, CA 93065-6285
514229727      +Wilshire Credit/Bank of America,    Bank of America, N.A.,    450 American Street,
                 Simi Valley, CA 93065-6285
514229728       Wilshire Mortgage/Select Portfolio,    P.O. Box 65250,    Salt Lake City, UT 84165-0250

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 09 2017 23:05:38      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 09 2017 23:05:35      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
514420422      +E-mail/Text: EBNProcessing@afni.com Nov 09 2017 23:05:46      Afni, Inc,   PO Box 3667,
                 Bloomington, IL 61702-3667
514229692      +E-mail/Text: EBNProcessing@afni.com Nov 09 2017 23:05:46      Afni, Inc.,    Attn: Bankruptcy,
                 Po Box 3097,    Bloomington, IL 61702-3097
514229695      +E-mail/Text: EBNProcessing@afni.com Nov 09 2017 23:05:46      Afni, Inc.,    Po Box 3427,
                 Bloomington, IL 61702-3427
514299987       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 09 2017 23:14:43
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK  73124-8848
514368489       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 09 2017 23:14:34
                 American InfoSource LP as agent for,    Verizon,   PO Box 248838,
                 Oklahoma City, OK  73124-8838
514242717       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 09 2017 23:14:43
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK  73126-8941
514229703      +E-mail/PDF: creditonebknotifications@resurgent.com Nov 09 2017 23:14:23      Credit One Bank,
                 Po Box 98872,    Las Vegas, NV 89193-8872
514229702      +E-mail/PDF: creditonebknotifications@resurgent.com Nov 09 2017 23:14:24      Credit One Bank,
                 Po Box 98873,    Las Vegas, NV 89193-8873
514229707      +E-mail/Text: bankruptcy.bnc@ditech.com Nov 09 2017 23:05:23      Green Tree,   Po Box 6172,
                 Rapid City, SD 57709-6172
514241836      +E-mail/PDF: gecsedi@recoverycorp.com Nov 09 2017 23:08:19      Green Tree Servicing,LLC.,
                 7340 S. Kyrene Road,    Recovery Dept. T-120,    Tempe, AZ 85283-4573
```

```
District/off: 0312-2          User: admin              Page 2 of 3           Date Rcvd: Nov 09, 2017
                              Form ID: pdf901          Total Noticed: 49

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
514229713      +E-mail/Text: bankruptcydpt@mcmcg.com Nov 09 2017 23:05:34      Midland Funding,
                8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
514229715      +E-mail/Text: egssupportservices@alorica.com Nov 09 2017 23:05:50      NCO Financial Systems,
                507 Prudential Rd,    Horsham, PA 19044-2308
514229714      +E-mail/Text: egssupportservices@alorica.com Nov 09 2017 23:05:50      NCO Financial Systems,
                Attention: Bankruptcy,    507 Prudential Rd,    Horsham, PA 19044-2308
514229720      +E-mail/Text: bankruptcy@savit.com Nov 09 2017 23:06:41      Sa-vit Enterprises,   46 W Ferris St,
                East Brunswick, NJ 08816-2159
514229722      +E-mail/Text: EBNProcessing@afni.com Nov 09 2017 23:05:46      Verizon,   c/o AFNI, Inc.,
                P.O. Box 3427,    Bloomington, IL 61702-3427
                                                                                              TOTAL: 17

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Nissan Motor Acceptance Corporation,    PO Box 660366,    Dallas, TX 75266-0366
514229690*     +Afm Financial Services,    1150 Raritan Rd Ste 103,    Cranford, NJ 07016-3369
514229691*     +Afm Financial Services,    1150 Raritan Rd Ste 103,    Cranford, NJ 07016-3369
514229693*     +Afni, Inc.,    Attn: Bankruptcy,    Po Box 3097,    Bloomington, IL 61702-3097
514229694*     +Afni, Inc.,    Attn: Bankruptcy,    Po Box 3097,    Bloomington, IL 61702-3097
514229696*     +Afni, Inc.,    Po Box 3427,    Bloomington, IL 61702-3427
514229697*     +Afni, Inc.,    Po Box 3427,    Bloomington, IL 61702-3427
514229699*     +Amerifinancial Solutio,    Po Box 602570,    Charlotte, NC 28260-2570
514288315*     +GT Assets Receivables Management,    7360 South Kyrene Road,    Tempe, AZ 85283-8432
514229721*     +Sa-vit Enterprises,    46 W Ferris St,    East Brunswick, NJ 08816-2159
514229729*     +Wilshire Mortgage/Select Portfolio,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
514229689     ##+Afm Financial Services,    1150 Raritan Rd Ste 103,    Cranford, NJ 07016-3369
514508653     ##+SELECT PORTFOLIO SERVICING, INC.,    3815 South West Temple,    Salt Lake City, UT 84115-4412
                                                                                  TOTALS: 0, * 11, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2017 at the address(es) listed below:
          Andrew M. Lubin    on behalf of Creditor   U.S. Bank National Association, as trustee, on behalf
           of the holders of the Home Equity Asset Trust 2005-8, Home Equity Pass-Through Certificates,
           Series 2005-8 bkecf@milsteadlaw.com,  alubin@milsteadlaw.com
          Clifford B. Frish    on behalf of Debtor Steven S Freeman yrodriguez@goldmanlaw.org,
           cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.
           bestcase.com
          Clifford B. Frish    on behalf of Joint Debtor Tora T. Daniels-Freeman yrodriguez@goldmanlaw.org,
           cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.
           bestcase.com
          David G. Beslow    on behalf of Joint Debtor Tora T. Daniels-Freeman yrodriguez@goldmanlaw.org,
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
          David G. Beslow    on behalf of Debtor Steven S Freeman yrodriguez@goldmanlaw.org,
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
          Denise E. Carlon    on behalf of Creditor   U.S. Bank National Association, as trustee, on behalf
           of the holders of the Home Equity Asset Trust 2005-8, Home EquityPass-Through Certificates,
           Series 2005-8 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          James A. Rybka    on behalf of Creditor   City of Newark rybkaj@ci.newark.nj.us
          John R. Morton, Jr.    on behalf of Creditor   Nissan Motor Acceptance Corporation
           ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Mark Goldman    on behalf of Joint Debtor Tora T. Daniels-Freeman yrodriguez@goldmanlaw.org,
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
```

```
District/off: 0312-2          User: admin              Page 3 of 3                  Date Rcvd: Nov 09, 2017
                              Form ID: pdf901          Total Noticed: 49


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Mark   Goldman    on behalf of Debtor Steven S Freeman yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Miriam   Rosenblatt    on behalf of Creditor   Green Tree Servicing LLC bkyecf@rasflaw.com,
               mrosenblatt@rasflaw.com
              Rebecca Ann Solarz    on behalf of Creditor   U.S. Bank National Association, as trustee, on
               behalf of the holders of the Home Equity Asset Trust 2005-8, Home Equity Pass-Through
               Certificates, Series 2005-8 rsolarz@kmllawgroup.com
                                                                                             TOTAL: 13
```