Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

> Case No.: 13−30734−SLM
> Chapter: 13
> Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Steven S Freeman | Tora T. Daniels−Freeman |
| 232 First Street, Apt. #2 | 232 First Street, Apt. #2 |
| Newark, NJ 07107 | Newark, NJ 07107 |

Social Security No.:
  xxx−xx−1421                                              xxx−xx−4478

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>May 15, 2018</u>                  <u>Stacey L. Meisel</u>
                                                  Judge, United States Bankruptcy Court