**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Steven S Freeman | Social Security number or ITIN  xxx–xx–1421 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Tora T. Daniels–Freeman | Social Security number or ITIN  xxx–xx–4478 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   13–30734–SLM

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Steven S Freeman                                  Tora T. Daniels–Freeman

5/15/18                                            **By the court:** <u>Stacey L. Meisel</u>
                                                                   United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Steven S Freeman  
Tora T. Daniels-Freeman  
    Debtors

Case No. 13-30734-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3      Date Rcvd: May 15, 2018  
                      Form ID: 3180W      Total Noticed: 49

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2018.

```
db/jdb        +Steven S Freeman,    Tora T. Daniels-Freeman,    232 First Street, Apt. #2,
               Newark, NJ 07107-2203
aty           +Lorre Sylvan Smith,    111 Northfield Avenue, Suite 208,    West Orange, NJ 07052-4703
cr            +City of Newark,    Department of Law,    920 Broad Street,    Room 316,    Newark, NJ 07102-2609
cr            +Green Tree Servicing LLC,    Robertson, Anschutz, & Schneid, P.L.,
               6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
514491161     +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
               El Segundo, CA 90245-3504
514229698     +Amerifinancial Solutio,    Po Box 602570,    Charlotte, NC 28260-2570
514229700     +Black Expressions,    c/o RJM Acquisions, LLC,    575 Underhill Blvd., Ste. 2,
               Syosset, NY 11791-3426
514903201      City of Newark - Water Department,    c/o Department of Law - Room 316,
               920 Broad Street, Newark, NJ 07102
514229701     +City of Newark Tax Collector,    920 Broad Street,    Room 104,    Newark, NJ 07102-2696
514229705     +Eastern Account System INC.,    Attn: Bankruptcy Dept.,    Po Box 837,    Newtown, CT 06470-0837
514229706     +Eastern Account System INC.,    75 Glen Rd Ste 110,    Sandy Hook, CT 06482-1175
514229710     +GT Assets Receivables Management,    7360 South Kyrene Road,    Tempe, AZ 85283-8432
514229708     +GreenTree,    P.O. Box 8517,    Portland, OR 97207-8517
514229709     +GreenTree,    Synergetic Communications, Inc.,    2700 East Seltice Way # 4,
               Post Falls, ID 83854-6387
514229712     +Med Busi Bur,    1460 Renaissance D,    Park Ridge, IL 60068-1349
514229716     +Nissan Motor Acceptanc,    Po Box 660360,    Dallas, TX 75266-0360
514237890      Nissan Motor Acceptance Corporation,    PO Box 660366 Dallas TX 75266-0366
514229717     +Remex Inc,    307 Wall St,    Princeton, NJ 08540-1515
514229719     +Rjm Acq Llc,    575 Underhill Blvd,    Syosset, NY 11791-3426
514229718     +Rjm Acq Llc,    575 Underhill Blvd.,    Suite 224,    Syosset, NY 11791-3416
514508233     +U.S. Bank National Association, as trustee,    c/o Zucker, Goldberg & Ackerman, LLC,
               200 Sheffield Street, Suite 101,    Mountainside, NJ 07092-2315
514229726      Wilshire Credit Corp/Bank of America,    400 Countrywide Way,    Simi Valley, CA 93065
514229725     +Wilshire Credit Corp/Bank of America,    Bank of America N.A.,    450 American St,
               Simi Valley, CA 93065-6285
514229727     +Wilshire Credit/Bank of America,    Bank of America, N.A.,    450 American Street,
               Simi Valley, CA 93065-6285
514229728     +Wilshire Mortgage/Select Portfolio,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 15 2018 23:23:26      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 15 2018 23:23:20      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
514420422     +EDI: AFNIRECOVERY.COM May 16 2018 03:03:00      Afni, Inc,    PO Box 3667,
               Bloomington, IL 61702-3667
514229692     +EDI: AFNIRECOVERY.COM May 16 2018 03:03:00      Afni, Inc.,    Attn: Bankruptcy,    Po Box 3097,
               Bloomington, IL 61702-3097
514229695     +EDI: AFNIRECOVERY.COM May 16 2018 03:03:00      Afni, Inc.,    Po Box 3427,
               Bloomington, IL 61702-3427
514299987      EDI: AIS.COM May 16 2018 03:03:00      American InfoSource LP as agent for,
               T Mobile/T-Mobile USA Inc,    PO Box 248848,    Oklahoma City, OK  73124-8848
514368489      EDI: AIS.COM May 16 2018 03:03:00      American InfoSource LP as agent for,    Verizon,
               PO Box 248838,    Oklahoma City, OK  73124-8838
514242717      EDI: AIS.COM May 16 2018 03:03:00      American InfoSource LP as agent for,
               Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK  73126-8941
514327309      EDI: CAPITALONE.COM May 16 2018 02:53:00      Capital One Bank (USA), N.A.,    PO Box 71083,
               Charlotte, NC  28272-1083
514229703     +EDI: RCSFNBMARIN.COM May 16 2018 03:03:00      Credit One Bank,    Po Box 98872,
               Las Vegas, NV 89193-8872
514229702     +EDI: RCSFNBMARIN.COM May 16 2018 03:03:00      Credit One Bank,    Po Box 98873,
               Las Vegas, NV 89193-8873
514229704     +EDI: TSYS2.COM May 16 2018 02:53:00      Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
514229707     +E-mail/Text: bankruptcy.bnc@ditech.com May 15 2018 23:23:06      Green Tree,    Po Box 6172,
               Rapid City, SD 57709-6172
514241836     +EDI: RMSC.COM May 16 2018 02:53:00      Green Tree Servicing,LLC.,    7340 S. Kyrene Road,
               Recovery Dept. T-120,    Tempe, AZ 85283-4573
514229711     +EDI: HFC.COM May 16 2018 02:53:00      HSBC Bank,    P.O. Box 5253,    Carol Stream, IL 60197-5253
514229713     +EDI: MID8.COM May 16 2018 03:03:00      Midland Funding,    8875 Aero Dr Ste 200,
               San Diego, CA 92123-2255
514229715     +E-mail/Text: egssupportservices@alorica.com May 15 2018 23:23:37      NCO Financial Systems,
               507 Prudential Rd,    Horsham, PA 19044-2308
514229714     +E-mail/Text: egssupportservices@alorica.com May 15 2018 23:23:38      NCO Financial Systems,
               Attention: Bankruptcy,    507 Prudential Rd,    Horsham, PA 19044-2308
514229720     +E-mail/Text: bankruptcy@savit.com May 15 2018 23:24:26      Sa-vit Enterprises,    46 W Ferris St,
               East Brunswick, NJ 08816-2159
```

```
District/off: 0312-2              User: admin              Page 2 of 3              Date Rcvd: May 15, 2018
                                  Form ID: 3180W           Total Noticed: 49

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
514236369         +EDI: DRIV.COM May 16 2018 03:03:00      Santander Consumer USA,    P.O. BOX 560284,
                   Dallas, TX 75356-0284
514378930         +EDI: DRIV.COM May 16 2018 03:03:00      Santander Consumer USA,    P.O. Box 961245,
                   Fort Worth, TX 76161-0244
514229722         +EDI: AFNIRECOVERY.COM May 16 2018 03:03:00      Verizon,   c/o AFNI, Inc.,    P.O. Box 3427,
                   Bloomington, IL 61702-3427
514229723         +EDI: VERIZONCOMB.COM May 16 2018 02:53:00      Verizon Wireless,
                   Attention:  Verizon Wireless Department,    Po Box 3397,   Bloomington, IL 61702-3397
514229724         +EDI: VERIZONCOMB.COM May 16 2018 02:53:00      Verizon Wireless,   2000 Corporate Dr,
                   Orangeburg, NY 10962-2624
                                                                                               TOTAL: 24

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*              +Nissan Motor Acceptance Corporation,    PO Box 660366,   Dallas, TX 75266-0366
514229690*       +Afm Financial Services,    1150 Raritan Rd Ste 103,    Cranford, NJ 07016-3369
514229691*       +Afm Financial Services,    1150 Raritan Rd Ste 103,    Cranford, NJ 07016-3369
514229693*       +Afni, Inc.,   Attn: Bankruptcy,    Po Box 3097,    Bloomington, IL 61702-3097
514229694*       +Afni, Inc.,   Attn: Bankruptcy,    Po Box 3097,    Bloomington, IL 61702-3097
514229696*       +Afni, Inc.,   Po Box 3427,    Bloomington, IL 61702-3427
514229697*       +Afni, Inc.,   Po Box 3427,    Bloomington, IL 61702-3427
514229699*       +Amerifinancial Solutio,   Po Box 602570,    Charlotte, NC 28260-2570
514288315*       +GT Assets Receivables Management,    7360 South Kyrene Road,    Tempe, AZ 85283-8432
514229721*       +Sa-vit Enterprises,    46 W Ferris St,   East Brunswick, NJ 08816-2159
514229729*       +Wilshire Mortgage/Select Portfolio,    P.O. Box 65250,   Salt Lake City, UT 84165-0250
514229689       ##+Afm Financial Services,    1150 Raritan Rd Ste 103,   Cranford, NJ 07016-3369
514508653       ##+SELECT PORTFOLIO SERVICING, INC.,    3815 South West Temple,   Salt Lake City, UT 84115-4412
                                                                                   TOTALS: 0, * 11, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2018 at the address(es) listed below:
          Andrew M. Lubin    on behalf of Creditor    U.S. Bank National Association, as trustee, on behalf
           of the holders of the Home Equity Asset Trust 2005-8, Home Equity Pass-Through Certificates,
           Series 2005-8 bkecf@milsteadlaw.com,   alubin@milsteadlaw.com
          Clifford B. Frish    on behalf of Debtor Steven S Freeman yrodriguez@goldmanlaw.org,
           cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.
           bestcase.com
          Clifford B. Frish    on behalf of Joint Debtor Tora T. Daniels-Freeman yrodriguez@goldmanlaw.org,
           cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.
           bestcase.com
          David G. Beslow    on behalf of Joint Debtor Tora T. Daniels-Freeman yrodriguez@goldmanlaw.org,
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
          David G. Beslow    on behalf of Debtor Steven S Freeman yrodriguez@goldmanlaw.org,
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
          Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as trustee, on behalf
           of the holders of the Home Equity Asset Trust 2005-8, Home EquityPass-Through Certificates,
           Series 2005-8 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          James A. Rybka    on behalf of Creditor    City of Newark rybkaj@ci.newark.nj.us
          John R. Morton, Jr.    on behalf of Creditor    Nissan Motor Acceptance Corporation
           ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
          Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, as trustee, on
           behalf of the holders of the Home Equity Asset Trust 2005-8, Home Equity Pass-Through
           Certificates, Series 2005-8 kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
```

```
District/off: 0312-2          User: admin              Page 3 of 3              Date Rcvd: May 15, 2018
                              Form ID: 3180W           Total Noticed: 49
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Marie-Ann Greenberg    magecf@magtrustee.com
          Mark   Goldman    on behalf of Joint Debtor Tora T. Daniels-Freeman yrodriguez@goldmanlaw.org, yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
          Mark   Goldman    on behalf of Debtor Steven S Freeman yrodriguez@goldmanlaw.org, yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
          Miriam  Rosenblatt    on behalf of Creditor   Green Tree Servicing LLC bkyecf@rasflaw.com, mrosenblatt@rasflaw.com
          Rebecca Ann Solarz    on behalf of Creditor   U.S. Bank National Association, as trustee, on behalf of the holders of the Home Equity Asset Trust 2005-8, Home Equity Pass-Through Certificates, Series 2005-8 rsolarz@kmllawgroup.com

                                                                                   TOTAL: 14